**SCALE LLP**
Jamie D. Wells (SBN 290827)
jamie.wells@scalefirm.com
Alexander J. Gershen (SBN 291929)
agershen@scalefirm.com
Corey Pedersen (SBN 336376)
cpedersen@scalefirm.com
2261 Market Street, Ste 85604
San Francisco, CA 94114
Telephone: 415.735.5933

*Attorneys for Defendants Unison Agreement Corp., Odin New Horizon Real Estate Fund LP, and Odin New Horizon General Partner LLC*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSHUA CHRISTOPHER PARKER,<br><br>Plaintiff(s),<br>vs.<br><br>UNISON AGREEMENT CORP., ODIN NEW HORIZON REAL ESTATE FUND LP, ODIN NEW HORIZON GENERAL PARTNER LLC,<br><br>Defendant(s). | Case No. '25CV2903 DMS MSB<br><br>**NOTICE OF REMOVAL BY DEFENDANTS UNISON AGREEMENT CORP., ODIN NEW HORIZON REAL ESTATE FUND LP, AND ODIN NEW HORIZON GENERAL PARTNER LLC** |

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants Unison Agreement Corp. ("Unison"), Odin New Horizon Real Estate Fund LP ("Odin New Horizon Real Estate Fund"), and Odin New Horizon General Partner LLC ("Odin New Horizon General Partner") (collectively, "Defendants"), by and through their counsel, hereby file this notice of removal seeking to remove this action from the Superior Court of the State of California, County of San Diego, where it is now pending as Case No. 25CU049803C, to the U.S. District Court for the Southern District of California. Removal is based upon diversity jurisdiction pursuant to 28 U.S.C. § 1332. As grounds for removal of this action pursuant to 28 U.S.C. § 1446(a), Defendants state as follows:

## I. STATE COURT ACTION

1. On September 18, 2025, Plaintiff Joshua Christopher Parker ("Plaintiff") commenced a civil suit against Defendants captioned as *Parker v. Unison Agreement Corporation, et al.*, Case No. 25CU049803C, Superior Court of the State of California, County of San Diego ("State Court Action"), which asserts seven (7) causes of action for declaratory relief, quiet title and damages as follows:

(1) Unison approved sale of home and amount with no additional costs;

(2) The sale of the home was an "Exercise Event" pursuant to the contracts between Homeowner and Unison;

(3) Unison did not notice their option to purchase their share of the home;

(4) Contracts between Unison and Homeowner are now terminated (Expired);

(5) Quiet title;

(6) No money is due to Unison; and

(7) Unison is responsible for the cancelled sale.

A true and correct copy of Plaintiff's Complaint and Summons are attached hereto as

Exhibit A.

2. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon Defendants are attached as Exhibits A-J.

3. Defendants are informed and believe that the aforementioned documents and exhibits constitute all the process, pleadings, and orders served upon Defendants on file in the State Court Action.

## II. TIMELINESS OF REMOVAL

4. On September 25, 2025, Plaintiff served Odin New Horizon Real Estate Fund with a copy of the Summons and Complaint.

5. On September 26, 2025, Plaintiff served Unison and Odin New Horizon General Partner with a copy of the Summons and Complaint.

6. The notice of removal is therefore timely pursuant to 28 U.S.C. § 1446(b) as Defendants have filed this notice of removal within thirty days of the September 25, 2025 and September 26, 2025 services of process.

## III. REMOVAL JURISDICTION - DIVERSITY

7. This Court has jurisdiction over this action under 28 U.S.C. §§ 1332(a) and 1441(b), and all other applicable bases for removal, because (1) there is complete diversity of citizenship between Plaintiff, on one hand, and Defendants, on the other hand; and (2) the amount-in-controversy exceeds $75,000, exclusive of interests and costs.

### A. The Parties are Citizens of Different States

8. **Plaintiff's Citizenship**. Upon information and belief, and based on the allegations in the Complaint, Plaintiff is a citizen of Texas. Ex. A (Complaint) at p. 2 ("Plaintiff, Joshua Christopher Parker[], is now a resident of Bluffton, County of Llano, Texas.").

9. **Defendants' Citizenship**. Unison is a Delaware corporation, registered to do business in California with a principal place of business of California at its principal

address of 4 Embarcadero Center, Suite 710, San Francisco, CA 94111. Unison is therefore a citizen of Delaware and California.

10. Odin New Horizon Real Estate Fund is a limited partnership formed in Delaware with a principal place of business of California at its principal address of 4 Embarcadero Center, Suite 710, San Francisco, CA 94111. Odin New Horizon Real Estate Fund's general partner is Odin New Horizon General Partner, a Delaware limited liability corporation, who is wholly owned by Unison Investment Management, LLC ("UIM"), a Delaware limited liability corporation, who is wholly owned by Real Estate Equity Exchange, Inc. ("REX"), a Delaware corporation. Odin New Horizon Real Estate Fund is therefore a citizen of Delaware and California.

11. Odin New Horizon General Partner is a Delaware limited liability corporation, registered to do business in California with a principal place of business of California at its principal address of 4 Embarcadero Center, Suite 710, San Francisco, CA 94111. UIM, a Delaware LLC, registered to do business in California with a principal address of 4 Embarcadero Center, Suite 710, San Francisco, CA 94111, is the sole member of Odin New Horizon General Partner. REX, a Delaware corporation, registered to do business in California with a principal address of 4 Embarcadero Center, Suite 710, San Francisco, CA 94111, is the parent corporation and sole member of UIM. Odin New Horizon General Partner is therefore a citizen of Delaware and California.

12. Because Plaintiff is a citizen of Texas, and Defendants are citizens of Delaware and California, complete diversity exists.

**B. The Amount in Controversy Exceeds $75,000**

13. In order to establish diversity jurisdiction, the amount in controversy must exceed $75,000. 28 U.S.C. § 1332(a).

14. Plaintiff's demand for relief seeks a determination that he "owes no money to [D]efendants as a result of the cancelled property sale and terminated contracts now

or at any time in the future." Ex. A (Complaint), p. 40, ¶ 5. As alleged in the complaint, the value of the secured lien at the time of the last proposed sale was at least $839,125. *Id.* at p. 21 ("…if Mr. Parker proceeds with settling Unison's option interest (and therefore terminating the option) as part of the sale….escrow would need to disburse the $839,125 payoff to Unison pursuant to the payoff quote provided."), p. 34 ¶ 5 (citing Ex. J (November 15, 2024 demand for payoff of the Unison HomeOwner Agreement of $839,125)). Because Plaintiff declares declaratory relief in excess of $839,125, the face of Plaintiff's Complaint shows the amount in controversy exceeds the jurisdictional requirement of $75,000. *See Minefficiency LLC v. EZ Blockchain LLC*, 2023 U.S. Dist. LEXIS 97424, at *3-4 (S.D. Cal. 2023) (denying a motion to remand where the pleadings made clear that the value of the right, or extent of injury to be prevented, exceeded $75,000); *Hunt v. Wash. State Apple Advertising Comm'n*, 432 U.S. 333, 347 (1977) (holding that in actions seeking declaratory relief, "it is well established that the amount in controversy is measured by the value of the object of the litigation.").

15. Defendants expressly reserve the right to amend or supplement this notice of removal and the evidence in support thereof to the fullest extent permitted by applicable law to provide additional supporting evidence or include any additional sums sought in the Complaint, but not included therein, should any aspect of this removal and/or the information set forth herein be challenged.

## IV. VENUE

16. Defendants are informed and believe that the events allegedly giving rise to this action occurred within this judicial district. Venue lies in this Court because Plaintiff's action was filed in the Superior Court of the State of California, County of San Diego, and is pending in this district. Accordingly, Defendants are entitled to remove this action to the United States District Court for the Southern District of California as it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

## V. NOTICE TO STATE COURT

17. Concurrently with this notice of removal, Defendants will file a copy of this notice of removal with the Superior Court of the State of California, County of San Diego.

## VI. PRESERVATION OF DENIALS AND DEFENSES

18. By filing this notice of removal, Defendants do not waive any jurisdictional or other defenses that might be available to them. In addition, Defendants expressly reserve the right to move for dismissal of some or all of Plaintiff's claims pursuant to Rule 12 of the Federal Rules of Civil Procedure. Defendants reserve the right to amend this notice of removal to offer additional grounds for removal should the grounds presented herein be found to be insufficient.

WHEREFORE, Defendants file this notice of removal and remove the civil action to the United States District Court for the Southern District of California.

Dated: October 27, 2025

Respectfully submitted,

**SCALE LLP**

By: */s/ Alexander J. Gershen*

Alexander J. Gershen
2261 Market Street, Ste 85604
San Francisco, CA 94114
Telephone: 415.735.5933
agershen@scalefirm.com

*Attorney for Defendants Unison Agreement Corp., Odin New Horizon Real Estate Fund LP, and Odin New Horizon General Partner LLC*