# Exhibit G

ELECTRONICALLY FILED
Superior Court of California,
County of San Diego
10/2/2025 3:09:33 PM
Clerk of the Superior Court
By T. Automation, Deputy Clerk

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| Joshua Christopher Parker<br>1480 CR 225<br>Bluffton, TX 78607<br>TELEPHONE NO: 8587750103 FAX NO (Optional):<br>E-MAIL ADDRESS (Optional): joshparker@gmail.com<br>ATTORNEY FOR (Name): In Pro Per | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego<br>STREET ADDRESS: 330 W. Broadway<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Diego, 92101-3409<br>BRANCH NAME: Central - Civil | |
| PLAINTIFF / PETITIONER: Joshua Christopher Parker<br>DEFENDANT / RESPONDENT: Unision Agreement Corp., et al. | CASE NUMBER:<br>25CU049803C |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>14224098 (26373586) |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] Summons
   b. [X] Complaint
   c. [X] Alternative Dispute Resolution (ADR) Package
   d. [X] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] Cross-Complaint
   f. [X] Other *(specify documents)*: Stipulation to Use Alternative Dispute Resolution, Notice of Case Assignment and Case Management Conference, Notice of Pendancy of Action (Lis Pendens)
3. a. Party served *(specify name of party as shown on documents served)*:
   Odin New Horizon Real Estate Fund LP
   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   Corporation Service Company (CSC) - Person Authorized to Accept Service of Process
4. Address where the party was served:
   251 Little Falls Dr, Wilmington, DE 19808
5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: (2) at *(time)*:
   b. [X] **by substituted service.** On *(date)*: Thu, Sep 25 2025 at *(time)*: 03:49 PM I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
   Left in the presence of Donna "Doe", 58/F/C/150lb/5'6", Registered agent representative
   (1) [X] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   (4) [X] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:
   from *(city)*: or [X] a declaration of mailing is attached.
   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| PLAINTIFF / PETITIONER: Joshua Christopher Parker<br>DEFENDANT / RESPONDENT: Unision Agreement Corp., et al. | CASE NUMBER:<br>25CU049803C |
|---|---|

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
   (1) on *(date)*: (2) from *(city)*:
   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)
   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
   d. ☐ **by other means** *(specify means of service and authorizing code section)*:

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify)*: Odin New Horizon Real Estate Fund LP
   under the following Code of Civil Procedure section:
   ☐ 416.10 (corporation) ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation) ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
   ☒ 416.40 (association or partnership) ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity) ☐ 415.46 (occupant)
   ☐ other:

7. **Person who served papers**
   a. Name: Sharlene Brooks
   b. Address: 1400 North McDowell Blvd Suite 300, Petaluma, CA 94954
   c. Telephone number: 800-938-8815
   d. **The fee** for service was: $100
   e. I am:
   (1) ☒ not a registered California process server.
   (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
   (3) ☐ a registered California process server:
   (i) ☐ owner ☐ employee ☐ independent contractor
   (ii) Registration No:
   (iii) County:

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: September 29, 2025
Sharlene Brooks
(NAME OF PERSON WHO SERVED PAPERS / SHERIFF OR MARSHAL)

InfoTrack US, Inc. - P000634
1400 North McDowell Blvd Suite 300,
Petaluma, CA 94954
800-938-8815

[signature]
(SIGNATURE)

MC-031

| | | |
|---|---|---|
| PLAINTIFF / PETITIONER: | Joshua Christopher Parker | CASE NUMBER: |
| DEFENDANT / RESPONDENT: | Unision Agreement Corp., et al. | 25CU049803C |

## DECLARATION OF MAILING

(This form must be attached to another form or court paper before it can be filed in court.)

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 North McDowell Blvd Suite 300, Petaluma, CA 94954.

On 9/26/2025, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Alternative Dispute Resolution Information, Stipulation to Use Alternative Dispute Resolution, Complaint, Notice of Case Assignment and Case Management Conference, Notice of Pendancy of Action (Lis Pendens), Summons, Civil Case Cover Sheet

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, CA, addressed as follows:

Odin New Horizon Real Estate Fund LP
Corporation Service Company (CSC) - Person Authorized to Accept Service of Process
251 Little Falls Dr
Wilmington, DE 19808.

**I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date: 9/26/2025
Kendall Holmes

(TYPE OR PRINT NAME)

K Holmes

(SIGNATURE OF DECLARANT)

☐ Attorney for ☐ Plaintiff ☐ Petitioner ☐ Defendant
☐ Respondent ☒ Other *(Specify)*: InfoTrack US, Inc.