# Exhibit J

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO<br>STREET ADDRESS: 330 W. Broadway<br>MAILING ADDRESS: 330 W. Broadway<br>CITY AND ZIP CODE: San Diego, 92101<br>BRANCH NAME: Central<br>TELEPHONE NUMBER: 619-450-7275 | *FOR COURT USE ONLY* |
|---|---|
| Short Title: PARKER VS UNISON AGREEMENT CORP | |
| **NOTICE OF REJECTION OF ELECTRONIC FILING** | CASE NUMBER:<br>25CU049803C |

The electronic filing described by the summary data below was reviewed and rejected by the Superior Court of California, County of San Diego

**E-Filing Summary Data**

| | |
|---|---|
| Electronically Submitted on Behalf of: | Parker, Joshua Christopher |
| Envelope Number: | 21089488 |
| Court Received Date: | 10/03/2025 |
| Court Received Time: | 10:25 AM |

**Documents Electronically Filed**

Notice of Pendency of Action

This electronic filing was rejected based on the following reason(s):

**Rejection Reason:** The document submitted is not in proper Court format. Please revise and resubmit.

**E-Filing Service Provider Information**

Service Provider: Odyssey File & Serve
Website: https://california.tylertech.cloud
Phone Number: (800) 297-5377